538 U.S. 991
 BUSTILLO-DELGADO
v.
UNITED STATES.
SALGADO-PEREZ
v.
UNITED STATES.
PEREDES-GONZALEZ AKA NAVA CORONA, AKA PAREDES-GONZALEZ
v.
UNITED STATES.
DACUNHA AKA ALVES DE LIMA,
v.
UNITED STATES.
REYNA-RODRIGUEZ
v.
UNITED STATES.
JUAREZ-LOPEZ, AKA JUAREZ
v.
UNITED STATES.
GARCIA-LOPEZ
v.
UNITED STATES.
QUILANTAN-BROUSSARD
v.
UNITED STATES. and
MARTINEZ-REYES
v.
UNITED STATES.
 No. 02-9496.
 Supreme Court of United States.
 April 21, 2003.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.
 
 
 2
 C. A. 5th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 794 (first judgment), 796 (ninth judgment), 797 (fifth, sixth, and eighth judgments), and 798 (second, third, fourth, and seventh judgments).